```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 23484
   LARRY R GRAMHOFER SR.
   CARLENE E GRAMHOFER                    CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

            Debtor
   SSN XXX-XX-2453     SSN XXX-XX-2519

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/13/05 and confirmed on 08/05/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 134576.70 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                          PAID        PAID
------------------------------------------------------------------------
ECAST SETTLEMENT CORP    SECURED              100.00       6.59       100.00
HSBC MORTGAGE SERVICES   SECURED            29260.00        .00     29260.00
HSBC MORTGAGE SERVICES   MORTGAGE ARRE          .00         .00          .00
AMERICAS SERVICING CO    CURRENT MORTG     74016.08        .00     74016.08
AMERICAS SERVICING CO    MORTGAGE ARRE      2396.91        .00      2396.91
NORTH STAR CREDIT UNION  SECURED             4550.00     385.93      4550.00
FIA CARD SERVICES        UNSECURED         NOT FILED        .00          .00
CAPITAL ONE BANK         UNSECURED            873.81        .00       174.76
CAPITAL ONE BANK         UNSECURED           2275.45        .00       455.09
RESURGENT CAPITAL SERVIC UNSECURED          14769.41        .00      2953.88
ECAST SETTLEMENT CORPORA UNSECURED           3667.61        .00       733.52
DISCOVER BANK            UNSECURED          17516.06        .00      3503.21
HOME DEPOT               UNSECURED         NOT FILED        .00          .00
ECAST SETTLEMENT CORPORA UNSECURED          15145.06        .00      3029.01
KOHLS                    UNSECURED           2770.42        .00       554.08
PORTFOLIO RECOVERY ASSOC UNSECURED           2676.30        .00       535.26
ECAST SETTLEMENT CORP    UNSECURED           5972.15        .00      1194.43
         Summary of disbursements:
------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED      OTHER       TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  110322.99       .00     65666.27        .00    175989.26
PRINCIPAL PAID      110322.99       .00     13133.24        .00    123456.23
INTEREST PAID          392.52       .00         .00         .00       392.52
TOTAL PAID          110715.51       .00     13133.24        .00    123848.75
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $   5614.27 .

Refunds to the Debtor totaled $   2413.68 .
```

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 10/08/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE